Fill in this information to identify your case.

| | | | |
|---|---|---|---|
| Debtor 1 | Benjamin Saeedian | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders                    12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

Unsecured claim

**1**
Fariborz Beral
213 South Le Doux Road
Beverly Hills, CA 90211

What is the nature of the claim?        Loan (principal amount) $ $10,000.00

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
☒   None of the above apply

Does the creditor have a lien on your property?

☒   No
☐   Yes. Total claim (secured and unsecured)   $ _____
Value of security:                              - $ _____
Unsecured claim                                  $ _____

Contact
Contact phone

**2**
Farzad Yeshova
2400 South San Pedro Street
Los Angeles, CA 90015

What is the nature of the claim?        Loan (principal amount) $ $12,000.00

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
☒   None of the above apply

Does the creditor have a lien on your property?

☒   No
☐   Yes. Total claim (secured and unsecured)   $ _____
Value of security:                              - $ _____
Unsecured claim                                  $ _____

Contact
Contact phone

B104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 1

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor 1    Benjamin Saeedian                                 Case number *(if known)* _____

---

**3.**

Grant & Weber
26610 West Agoura Road, Suite
209
Calabasas, CA 91302

Contact _____

Contact phone _____

What is the nature of the claim?    Collection    $ $3,270.00

Original creditor:
Olympia Medical
Center

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☒    None of the above apply

Does the creditor have a lien on your property?
☒    No
☐    Yes. Total claim (secured and unsecured)    $ _____
            Value of security:    - $ _____
            Unsecured claim    $ _____

---

**4.**

Korosh Mousigi
1620 Los Angeles Avenue
Los Angeles, CA 90015

Contact _____

Contact phone _____

What is the nature of the claim?    Loan (principal amount) $ $5,000.00

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☒    None of the above apply

Does the creditor have a lien on your property?
☒    No
☐    Yes. Total claim (secured and unsecured)    $ _____
            Value of security:    - $ _____
            Unsecured claim    $ _____

---

**5.**

Sharam Maryamian
316 South Clark Drive
Beverly Hills, CA 90211

Contact _____

Contact phone _____

What is the nature of the claim?    Loan (principal amount) $ $6,000.00

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
☒    None of the above apply

Does the creditor have a lien on your property?
☒    No
☐    Yes. Total claim (secured and unsecured)    $ _____
            Value of security:    - $ _____
            Unsecured claim    $ _____

---

**6.**

Wells Fargo Card Services
Cscl Dispute Team N8235-04m
Des Moines, IA 50306

What is the nature of the claim?    Credit card    $ $1,423.00

As of the date you file, the claim is: Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1     __Benjamin Saeedian_____          Case number *(if known)*  _____

 

 

 

| | ▓ | None of the above apply |
|---|---|---|

**Does the creditor have a lien on your property?**

| | ▓ | No | | |
|---|---|---|---|---|
| Contact | ☐ | Yes. Total claim (secured and unsecured) | $ | _____ |
| | | Value of security: | - $ | _____ |
| Contact phone | | Unsecured claim | $ | _____ |

---

**Part 2:**  **Sign Below**

---

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  _____          X  _____

    **Benjamin Saeedian**                                              Signature of Debtor 2
    Signature of Debtor 1

Date    __6/21/18_____                                       Date  _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 3

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy