JaVonne M. Phillips, Esq. SBN 187474
Kelly M. Raftery, Esq. SBN 249195
**McCarthy & Holthus, LLP**
411 Ivy Street
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for Secured Creditor, U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2006-AR13, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

**FILED & ENTERED**

DEC 10 2018

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ghaltchi  DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Benjamin Saeedian,<br><br>      Debtor. | Case No. 2:18-bk-17217-NB<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO APPROVE STIPULATION FOR ADEQUATE PROTECTION ON FIRST LIEN SECURED BY REAL PROPERTY AT 252 SOUTH CLARK DRIVE, BEVERLY HILLS, CA 90211**<br><br>[No Hearing Set]<br><br>Judge: Neil W. Bason |

1

File No. CA-18-147257
Order Granting Motion, Case No. 2:18-bk-17217-NB

1    The parties having agreed to the terms set forth in the Stipulation for Adequate Protection On First Lien Secured by Real Property At 252 South Clark Drive, Beverly Hills, CA 90211, filed on 11/14/2018 as document #44, are bound by the terms of their stipulation which shall be the Order of this Court<u>, except as follows.  First, in order to implement paragraph 11 of the stipulation, which provides for a 14 day period for Debtor to object to a Declaration of Default, Secured Creditor is directed to wait until after expiration of that 14 day period before lodging the proposed Order Terminating the Automatic Stay, so that the Parties, rather than this Court, have the responsibility for keeping track of their deadlines.  Second, although this Court's forms relating to relief from stay matters are mandatory, and the parties have not used those forms, this Court will excuse that omission in this instance, but that creates additional work for this Court and can lead to omitting important "boilerplate" provisions and/or creating the type of issued noted above, so if this Court later learns of important "boilerplate" that was omitted, or problems that are created by the parties' procedure, then this order may be modified accordingly, and in future the parties are reminded that they must use this Court's mandatory forms.</u>

###

Date: December 10, 2018

Neil W. Bason
United States Bankruptcy Judge